# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**LEASHURN WILLIAMS**   **PLAINTIFF**

v.   **CASE NO. 5:16-CV-00031 BSM**

**STEPHENS MEDIA, LLC.**   **DEFENDANT**

## ORDER

Defendant Stephens Media's motion to strike [Doc. No. 65] is granted because plaintiff Leashurn Williams's motion for summary judgment and supporting documents were untimely filed. Although the summary judgment deadline deadline was June 19, 2017, the motion and supporting documents were not filed until July 31. Accordingly, Williams's motion for summary judgment [Doc. No. 57], statement of facts [Doc. No. 60], addendum [Doc. No. 64], affidavit of Loretta Scott [Doc. No. 57-1], affidavit of Lyndia Hardin [Doc. No. 58], excerpts from the deposition of Williams [Doc. No. 63], excerpts from the deposition of David Singer [Doc. No. 61], and brief in support of motion for summary judgment [Doc. No. 62] are stricken. Stephens Media's request for attorney's fees and costs is denied.

IT IS SO ORDERED this 9th day of August 2017.

_____
UNITED STATES DISTRICT JUDGE