IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LEASHURN WILLIAMS**                                                 **PLAINTIFF**

v.                  **CASE NO. 5:16-CV-00031 BSM**

**STEPHENS MEDIA, LLC**                                   **DEFENDANT**

<u>**JUDGMENT**</u>

Defendant Stephens Media LLC's oral motion for judgment as a matter of law is denied. On October 17, 2017, after two days of trial, the jury returned a verdict in favor of plaintiff Leashurn Williams and awarded damages in the amount of $25,000. The jury further apportioned 55% of the fault to Stephens Media and 45% of the fault to Williams. Therefore, judgment is entered for Williams, and against Stephens Media, in the amount of $13,750, and costs are taxed against Stephens Media.

IT IS SO ORDERED this 18th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE